# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LOCAL UNION 903 I.B.E.W.,** | ) |
| **HEALTH & WELFARE FUND, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION 24-0420-WS-C |
| | ) |
| **MSH PROPERTIES LLC, etc.,** | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order of Court dated April 29, 2025, the plaintiff Local Union 903 I.B.E.W. Health and Welfare Fund shall have and recover of the defendant the sum of $64,849.74, and the plaintiff Local Union 903 I.B.E.W. Pension Trust Fund shall have and recover of the defendant the sum of $25,210.41. Judgment is hereby entered in favor of the plaintiffs and against defendant MSH Properties LLC d/b/a MSH Electrical Services.

DONE this 29th day of April, 2025.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE